# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**JS-6**

## CIVIL MINUTES – GENERAL

| Case No. | SACV 18-00658-AG (JEMx) | Date | March 14, 2019 |
|---|---|---|---|
| Title | Fidel Rodriquez Robles v. Manny s Performance Shop, et al | | |

PRESENT:

**HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

None Present                       None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

This action was filed on April 20, 2018. On March 6, 2019, the Court issued a minute order which ordered Plaintiff to show cause in writing on or before March 13, 2019 why this action should not be dismissed for lack of prosecution. Plaintiff has failed to respond to the Court's Order. Therefore, the Court **ORDERS** that this action is dismissed without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

The Court further orders the Order to Show Cause [24] issued on March 6, 2019 discharged.

                                                          -   :   -

                                       Initials of Deputy Clerk    mku

cc: